NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THOMAS K. MARRA,**
*Petitioner*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent*

---

2022-1919

---

Petition for review of the Merit Systems Protection Board in No. NY-0752-21-0039-I-1.

---

**JUDGMENT**

---

RAYMOND R. GRANGER, Granger & Associates LLC, New York, NY, argued for petitioner.

ANNE DELMARE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BRIAN M. BOYNTON, TARA K. HOGAN, PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, CUNNINGHAM, and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| August 9, 2023 | /s/ Jarrett B. Perlow |
| Date | Jarrett B. Perlow |
| | Clerk of Court |